IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THUC LUU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:16-CV-967-A |
| | § | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the discussions had and rulings made during a telephone conference/hearing conducted in the above-captioned action on the date of the signing of this final judgment, with counsel for plaintiff, Thuc Luu, and counsel for defendant, Allstate Fire and Casualty Insurance Company, on the line,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff in the above-captioned action against defendant be, and are hereby, dismissed; and

The court further ORDERS, ADJUDGES, and DECREES that each party bear costs of court and attorney's fees incurred by such party.

SIGNED February 24, 2017.

_____
JOHN McBRYDE
United States District Judge